UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN S. HAVILL | : | CIVIL ACTION NO. |
|     Plaintiff, | : | 303 CV 339 (GLG) |
| | : | |
| v. | : | |
| | : | |
| RHODA DRETEL and D & S PUMP SUPPLY COMPANY, INC. | : | |
|     Defendant. | : | DECEMBER 2, 2003 |

### PLAINTIFF'S REPLY TO DEFENDANTS' REQUEST TO AMEND ANSWER

The Plaintiff, John S. Havill, has no objection to Defendants' request to Amend Answer and accepts their amended answer as such.

                                            THE PLAINTIFF

                                            BY:_____
                                            Stuart A. McKeever, Esq. (ct 13874)
                                            Rucci, Burnham, Carta & Edelberg, LLP
                                            30 Old Kings Highway South
                                            Post Office Box 1107
                                            Darien, Connecticut 06820
                                            (203) 899 3300
                                            His Attorney

**CERTIFICATE OF SERVICE**

 This is to certify that a copy of the foregoing was sent via U.S. Mail to the following counsel of record, this 2nd day of December, 2003.

 Marla L. Seligson, Esq.
Esty Buckmir, LLC
714 State Street
New Haven, CT 06511

 James R. Hilbert, Jr., Esq.
Hilbert Law Group
15500 Roosevelt Boulevard
Suite 103
Clearwater, FL 33760

             _____
             **Stuart A. McKeever, Esq. (ct 13874)**
             **Rucci, Burnham, Carta & Edelberg, LLP**
             **30 Old Kings Highway South**
             **Post Office Box 1107**
             **Darien, Connecticut 06820**
             **(203) 899 3300**
             **His Attorney**