FILED

Dec 11  2 24 PM '03

U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN S. HAVILL<br>Plaintiff, | : | CIVIL ACTION NO.<br>303 CV 339 (GLG) |
| | : | |
| RHONDA DRETEL, ET AL<br>Defendants, | : | NOVEMBER 24, 2003 |

### DEFENDANTS' AMENDED ANSWER

1.  As to the allegations contained in Paragraph 1, the defendants are without sufficient knowledge and/or information upon which to base a belief and therefore leave the plaintiff to his proof.

2.  Paragraph 2 is admitted.

3.  Paragraph 3 is admitted.

4-5.  As to Paragraphs 4 and 5, the defendants neither admit or deny plaintiff's allegations concerning jurisdiction or his characterization of this action that the amount in controversy is in excess of $75,000. The defendants admit the alleged loss occurred in Connecticut and the defendants are subject to the jurisdiction of this Court.

6.  As to the allegations contained in Paragraph 6, the defendants are without sufficient knowledge and/or information upon which to base a belief and

therefore leave the plaintiff to his proof.

7. Paragraph 7 is admitted.

8. Paragraph 8 is admitted.

9. As to the allegations contained in Paragraph 9, the defendants are without sufficient knowledge and/or information upon which to base a belief and therefore leave the plaintiff to his proof.

10. Paragraph 10 is admitted.

11. The defendants admit so much of Paragraph 11 that states "[t]he aforesaid collision was caused by Dretel's negligence and carelessness in one or more of the following ways: (b) in that she failed to keep her vehicle under proper and reasonable control; (c) in that she failed to avoid a collision with Havill, although proper and reasonable exercise of her faculties while driving could and should have done so; (e) in that she failed to sound a horn or other warning device to warn Havill of her approach and impeding collision; (f) in that she failed to act as a reasonably prudent person under all of the circumstances then and there prevailing, as aforesaid." As to the remaining allegations contained in Paragraph 11, the defendants leave the plaintiff to his proof.

12. The defendants admit so much of Paragraph 12 that states "Dretel failed to operate her vehicle in the right hand lane of traffic upon the highway". As to the remaining allegations contained in Paragraph 12, the defendants leave the

plaintiff to his proof.

13-15.  Paragraphs 13, 14 and 15 are denied.

16-24.  As to the allegations contained in Paragraphs 16, 17, 18, 19, 20, 21, 22, 23 and 24, the defendants are without sufficient knowledge and/or information upon which to base a belief and therefore leave the plaintiff to his proof.

> THE DEFENDANTS,
> RHONDA DRETEL &
> D&S PUMP SUPPLY,
>
> By: *Marla [signature]*
> MARLA L. SELIGSON, ESQ.
> ESTY & BUCKMIR, LLC
> 714 STATE STREET
> NEW HAVEN, CT 06511
> (203) 495-9999
> CT #19806

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed on this the 24th day of November, 2003 to all counsel of record:

Stuart A. McKeever, Esq.
Rucci, Burnham, Carta & Edelberg, LLP
30 Old Kings Highway South
Darien, CT 06820

James R. Hilbert, Esq.
15500 Roosevelt Boulevard
Suite 103
Clearwater, FL 33760

Marla L. Seligson