FILED
Nov 25  1 45 PM '03
U.S. DISTRICT COURT
NEW HAVEN

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN S. HAVILL<br>Plaintiff, | : | CIVIL ACTION NO.<br>303 CV 339 (GLG) |
| RHONDA DRETEL, ET AL<br>Defendants, | : | NOVEMBER 24, 2003 |

### DEFENDANTS' REQUEST TO AMEND ANSWER

The undersigned defendants hereby respectfully request to amend their Answer to the plaintiff's Complaint by way of the attached Amended Answer. *(See Defendants' Amended Answer attached hereto as Exhibit A).* Specifically, the defendants seek to amend their responses to the plaintiff's Complaint by admitting that the subject car accident was caused by the defendant, Dretel's, negligence and carelessness.

THE DEFENDANTS,
RHONDA DRETEL &
D&S PUMP SUPPLY,

By: /s/ Marla
MARLA L. SELIGSON, ESQ.
ESTY & BUCKMIR, LLC
714 STATE STREET
NEW HAVEN, CT 06511
(203) 495-9999
CT #19806

Motion GRANTED on consent.
Gerard L. Goettel, USDJ
12/10/03

FILED
Dec 11  1 49 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.