UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN S. HAVILL | : | CIVIL ACTION NO. |
| Plaintiff, | : | 303 CV 339 (GLG) |
| | : | |
| v. | : | |
| | : | |
| RHODA DRETEL and D & S PUMP SUPPLY COMPANY, INC. | : | |
| Defendant. | : | APRIL 20, 2004 |

**NOTICE OF SETTLEMENT AND WITHDRAWAL OF ACTION**

Plaintiff, JOHN S. HAVILL, by his attorneys, Rucci, Burnham, Carta & Edelberg LLP (Stuart A. McKeever, Esq.) and Hilbert Law Group (James R. Hilbert, Jr., Esq.) hereby serves notice that the above entitled action has been settled, a release of all claims executed by the Plaintiff and exchanged with the Defendants through their attorney Esty & Buckmir (Marla L. Seligson, Esq.) in consideration of the payment of a sum certain of money. In accordance with the terms of the settlement and the receipt and disbursement of all proceeds the above entitled action is hereby withdrawn.

PLAINTIFF, JOHN S. HAVILL


BY:_____
Stuart A. McKeever, Esq.
Rucci, Burnham, Carta & Edelberg, LLP
30 Old Kings Highway South
Post Office Box 1107
Darien, Connecticut 06820
(203) 899 3328
Federal Bar Number(ct 13874)

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was sent via U.S. Mail to the following counsel of record, this 20th day of April , 2004.

Marla L. Seligson, Esq.
Esty Buckmir, LLC
714 State Street
New Haven, CT 06511

James R. Hilbert, Jr., Esq.
Hilbert Law Group
15500 Roosevelt Boulevard
Suite 103
Clearwater, FL 33760


_____
**Stuart A. McKeever, Esq. (ct 13874)**
**Rucci, Burnham, Carta & Edelberg, LLP**
**30 Old Kings Highway South**
**Post Office Box 1107**
**Darien, Connecticut 06820**
**(203) 899 3328**